IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TRAMOND COLENBERG**                                                                                **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO.: 5:14-CV-00084-DCB-MTP**

**STATE FARM FIRE & CASUALTY COMPANY**                                       **DEFENDANT**

**AGREED JUDGMENT GRANTING DEFENDANT'S MOTION
FOR PARTIAL SUMMARY JUDGMENT [DOC. 21] WITH PREJUDICE**

This cause is before the Court on Motion for Partial Summary Judgment [Doc. 21] filed by the Defendant, STATE FARM FIRE & CASUALTY COMPANY, and the Court having reviewed same and being advised that the parties have agreed that the Motion should be granted, finds said Motion to be well taken and that same should be granted.

**IT IS THEREFORE ORDERED and ADJUDGED** that the Motion for Partial Summary Judgment [Doc. 21] be and same is hereby granted and that the Plaintiff's claims for bad faith, extra-contractual damages, and punitive damages be and are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED and ADJUDGED** that there is no just reason for delay of entry of final judgment as to the claims dismissed hereby pursuant to Fed. R. Civ. P. 54(b).

**SO ORDERED** this the 16th day of June, 2015.

                                                                /s/ David Bramlette
                                               UNITED STATES DISTRICT COURT JUDGE

Agreed:

s/R. Michael Bolen
R. MICHAEL BOLEN,, Esq. (3615)
Attorney for Plaintiff

s/H. Benjamin Mullen
H. BENJAMIN MULLEN, Esq. (9077)
Attorney for Defendant